# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION


**UNITED STATES OF AMERICA**

**vs**                                                    **CASE NO. 3:05cr98/MCR**

**DOMINIQUE DALE DOUGLAS**
                                                        /

## JUDGMENT OF ACQUITTAL ON JURY VERDICT


The above entitled cause came on for trial by a jury, and the jury having returned

a verdict of not guilty as to Counts One and Two, it is thereupon

**ORDERED and ADJUDGED** that the defendant is **not guilty** of Counts One and

Two as charged in this cause.

**DONE and ORDERED** at Pensacola, Florida, this 7th day of February, 2006.



s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**